# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In Re: § 
 § 
RODRIGUEZ, JOSE FRANCISCO § Case No. 17-29464
 § 
Debtor § 

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 10/02/2017 . The undersigned trustee was appointed on 10/02/2017 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of         $    47,000.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 81.11 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]     $ | 46,918.89 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was  03/08/2018  and the deadline for filing governmental claims was  03/08/2018 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 5,450.00 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 5,450.00 , for a total compensation of $ 5,450.00 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/26/2018                    By:/s/GINA B. KROL
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 17-29464   JSB   Judge: JANET S. BAER | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | RODRIGUEZ, JOSE FRANCISCO | Date Filed (f) or Converted (c): | 10/02/17 (f) |
| | | 341(a) Meeting Date: | 10/31/17 |
| For Period Ending: | 06/26/18 | Claims Bar Date: | 03/08/18 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1407 El Paso St., San Antonio, TX | 35,000.00 | 35,000.00 | | 20,000.00 | FA |
| 2. 91 East Trail | 40,000.00 | 40,000.00 | | 27,000.00 | FA |
| 3. 2011 Ford Ranger (Fair condition) mileage: 71,000 | 10,000.00 | 0.00 | | 0.00 | FA |
| 4. Table, chair and desk set; 2 bedroom sets; 3 dress | 1,500.00 | 0.00 | | 0.00 | FA |
| 5. 3 TVs; 2 DVD players; personal computer; laptop; i | 800.00 | 0.00 | | 0.00 | FA |
| 6. Treadmill | 400.00 | 0.00 | | 0.00 | FA |
| 7. Elliptical machine | 600.00 | 0.00 | | 0.00 | FA |
| 8. Free weights and home gym equipment | 150.00 | 0.00 | | 0.00 | FA |
| 9. Everyday clothes | 1,000.00 | 0.00 | | 0.00 | FA |
| 10. Wedding ring | 300.00 | 0.00 | | 0.00 | FA |
| 11. Twitter shares | 329.60 | 0.00 | | 0.00 | FA |
| 12. Cisco Services, Inc. | 1.00 | 0.00 | | 0.00 | FA |
| 13. Edward Jones | 80,000.00 | 0.00 | | 0.00 | FA |
| 14. Edward Jones, rollover | 200,000.00 | 0.00 | | 0.00 | FA |
| 15. Triad Trucking, LLC (monies loaned and advanced) | 1.00 | 0.00 | | 0.00 | FA |
| 16. Leader Services, Inc. (monies loaned $100,000.00) | 1.00 | 0.00 | | 0.00 | FA |
| 17. Lincoln Financial term policy, Beneficiary: Neice | 1.00 | 0.00 | | 0.00 | FA |
| 18. Past due rent owed for 1407 El Paso Street propert | 1,750.00 | 0.00 | | 0.00 | FA |
| 19. 3 2003 Volvo day cabs (all inoperable, subject to | 6,000.00 | 0.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $377,833.60 | $75,000.00 | | $47,000.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

LFORM1   **UST Form 101-7-TFR (5/1/2011)** *(Page: 3)*                                    Ver: 20.00j

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | |
|---|---|---|
| Case No: | 17-29464   JSB   Judge: JANET S. BAER | Trustee Name:   GINA B. KROL |
| Case Name: | RODRIGUEZ, JOSE FRANCISCO | Date Filed (f) or Converted (c):   10/02/17 (f) |
| | | 341(a) Meeting Date:   10/31/17 |
| | | Claims Bar Date:   03/08/18 |

Initial Projected Date of Final Report (TFR): 06/30/19        Current Projected Date of Final Report (TFR): 06/30/19

/s/   GINA B. KROL
_____ Date: 06/26/18
GINA B. KROL

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 17-29464 -JSB | | Trustee Name: | GINA B. KROL |
| Case Name: | RODRIGUEZ, JOSE FRANCISCO | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******8176 Checking Account |
| Taxpayer ID No: | *******7538 | | | |
| For Period Ending: | 06/26/18 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/26/18 | 1, 2 | Jose Francisco Rodriguez 1173 Edinton Ct Carol Stream, IL 60188 | Sale of R/E | 1110-000 | 47,000.00 | | 47,000.00 |
| 05/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.27 | 46,988.73 |
| 06/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 69.84 | 46,918.89 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | 47,000.00 | 81.11 | 46,918.89 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 47,000.00 | 81.11 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 47,000.00 | 81.11 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - ********8176 | 47,000.00 | 81.11 | 46,918.89 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 47,000.00 | 81.11 | 46,918.89 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     47,000.00     81.11

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: June 26, 2018 |
|---|---|---|---|---|---|---|

Case Number: 17-29464  
Debtor Name: RODRIGUEZ, JOSE FRANCISCO  
Priority Sequence  
Joint Debtor:

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>3110-00 | Cohen & Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Administrative | | $3,276.00 | $3,276.00 | $3,276.00 |
| 001<br>3120-00 | Cohen & Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Administrative | | $20.82 | $20.82 | $20.82 |
| 001<br>2200-00 | Gina B. Krol<br>105 W. Madison St.<br>Suite 1100<br>Chicago, IL 60602 | Administrative | | $0.00 | $36.42 | $36.42 |
| 001<br>2100-00 | Gina B. Krol<br>105 W. Madison St.<br>Suite 1100<br>Chicago, IL 60602 | Administrative | | $0.00 | $5,450.00 | $5,450.00 |
| 000001<br>050<br>4120-00 | Bluegreen Corporation<br>attn: MTG Dept-Bnkruptcy<br>4960 Conferenece Way N., Ste 100<br>Boca Raton, FL 33431 | Secured | Claim was filed in the wrong case. Not for this Debtor. | $0.00 | $8,301.98 | $8,301.98 |
| 000002<br>070<br>7100-90 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $0.00 | $1,778.10 | $1,778.10 |
| 000003<br>070<br>7100-90 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $0.00 | $5,428.63 | $5,428.63 |
| 000004<br>070<br>7100-90 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $0.00 | $3,253.68 | $3,253.68 |
| 000005<br>070<br>7100-00 | PNC Equipment Finance, LLC<br>c/o Askounis & Darcy, P.C.<br>444 N. Michigan AVe., Suite 3270<br>Chicago, IL 60601 | Unsecured | PNC Equipment Finance LLC originally filed a secured claim. Trustee filed a Motion to Determine Value of Secured Claim. Order was entered determining the value of the secured claim at zero and allowing it as wholly unsecured. | $0.00 | $113,859.07 | $113,859.07 |
| 000006<br>070<br>7100-90 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Unsecured | | $0.00 | $9,085.48 | $9,085.48 |
| 000007<br>070<br>7100-90 | American Express Bank, FSB<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Unsecured | | $0.00 | $2,144.96 | $2,144.96 |

| Page 2 | | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | Date: June 26, 2018 |

Case Number: 17-29464  
Debtor Name: RODRIGUEZ, JOSE FRANCISCO  
Priority Sequence  
Joint Debtor:

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000008<br>070<br>7100-00 | BMO Harris Bank N.A.<br>PO Box 3040<br>Cedar Rapids, IA 52406 | Unsecured | | $0.00 | $23,201.50 | $23,201.50 |
| 000009<br>070<br>7100-90 | U.S. Bank National Association<br>Bankruptcy Department<br>PO Box 108<br>St. Louis MO 63166-0108 | Unsecured | | $0.00 | $5,346.13 | $5,346.13 |
| 000010<br>070<br>7100-90 | Bank of America, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2238 | Unsecured | | $0.00 | $20,001.21 | $20,001.21 |
| 000011<br>070<br>7100-90 | Portfolio Recovery Associates, LLC<br>Successor to SYNCHRONY BANK<br>(SAMS CLUB MASTERCARD)<br>POB 41067<br>Norfolk, VA 23541 | Unsecured | | $0.00 | $6,164.08 | $6,164.08 |
| | Case Totals: | | | $3,296.82 | $207,348.06 | $207,348.06 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 17-29464
Case Name: RODRIGUEZ, JOSE FRANCISCO
Trustee Name: GINA B. KROL

Balance on hand $ 46,918.89

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ 5,450.00 | $ 0.00 | $ 5,450.00 |
| Trustee Expenses: GINA B. KROL | $ 36.42 | $ 0.00 | $ 36.42 |
| Attorney for Trustee Fees: Cohen & Krol | $ 3,276.00 | $ 0.00 | $ 3,276.00 |
| Other: Cohen & Krol | $ 20.82 | $ 0.00 | $ 20.82 |

Total to be paid for chapter 7 administrative expenses $ 8,783.24

Remaining Balance $ 38,135.65

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 190,262.84 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 20.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | $ 1,778.10 | $ 0.00 | $ 356.40 |
| 000003 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | $ 5,428.63 | $ 0.00 | $ 1,088.10 |
| 000004 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | $ 3,253.68 | $ 0.00 | $ 652.15 |
| 000005 | PNC Equipment Finance, LLC<br>c/o Askounis & Darcy, P.C.<br>444 N. Michigan AVe., Suite 3270<br>Chicago, IL 60601 | $ 113,859.07 | $ 0.00 | $ 22,821.53 |
| 000006 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | $ 9,085.48 | $ 0.00 | $ 1,821.06 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 000007 | American Express Bank, FSB<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | $ 2,144.96 | $ 0.00 | $ 429.93 |
| 000008 | BMO Harris Bank N.A.<br>PO Box 3040<br>Cedar Rapids, IA 52406 | $ 23,201.50 | $ 0.00 | $ 4,650.43 |
| 000009 | U.S. Bank National Association<br>Bankruptcy Department<br>PO Box 108<br>St. Louis MO 63166-0108 | $ 5,346.13 | $ 0.00 | $ 1,071.56 |
| 000010 | Bank of America, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2238 | $ 20,001.21 | $ 0.00 | $ 4,008.98 |
| 000011 | Portfolio Recovery Associates, LLC<br>Successor to<br>SYNCHRONY BANK<br>(SAMS CLUB MASTERCARD)<br>POB 41067<br>Norfolk, VA 23541 | $ 6,164.08 | $ 0.00 | $ 1,235.51 |

Total to be paid to timely general unsecured creditors  $  38,135.65

Remaining Balance  $  0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

　　　　Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

　　　　Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

　　　　　　　　　　　　　　　　　NONE