IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 7 |
| | ) | |
| FRANCISCO RODRIGUEZ, | ) | 17-29464 |
| | ) | |
| Debtor(s). | ) | |

**PROOF OF SERVICE**

TO: See Attached

I, GINA B. KROL, state that copies of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object, were sent on July 19, 2018, by First Class U.S. Mail to the persons shown on the attached service list.

GINA B. KROL
COHEN & KROL
105 W. Madison, Ste 1100
Chicago, IL 60602
312-368-0300                                    BY:/s/ Gina B. Krol
                                                 Ch 7 Bankruptcy Trustee

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 17-29464<br>Northern District of Illinois<br>Chicago<br>Tue Jul 17 09:08:55 CDT 2018 | PNC Equipment Finance, LLC, successor by ass<br>c/o Askounis & Darcy, PC<br>444 N Michigan Ave<br>Ste 3270<br>Chicago, IL 60611-3906 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 |
| American Express<br>PO Box 981535<br>El Paso, TX 79998-1535 | American Express Bank, FSB<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 |
| BMO Harris Bank N.A.<br>PO Box 3040<br>Cedar Rapids, IA 52406-3040 | BMO Harris Bank, N.A.<br>PO Box 3083<br>Cedar Rapids, IA 52406-3083 | BMO Harris Bank, N.A.<br>PO Box 71951<br>Chicago, IL 60694-1951 |
| (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Bank of America, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2284 | Bluegreen Corporation<br>attn: MTG Dept-Bnkruptcy<br>4960 Conferenece Way N., Ste 100<br>Boca Raton, FL 33431-4413 |
| Capital One<br>P.O. Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Chase<br>PO Box 15298<br>Wilmington, DE 19850-5298 |
| Cisco Services, Inc.<br>780 W. Arny Trail Road, Suite 254<br>Carol Stream, IL 60188-9297 | Citibank<br>PO Box 6500<br>Sioux Falls, SD 57117-6500 | Daimler Truck Financial<br>13650 Heritage Parkway<br>Ft. Worth, TX 76177-5323 |
| Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 | Discover Card<br>PO Boc 30421<br>Salt Lake City, UT 84130-0421 | Five Star Garage<br>566 Rock Road Drive #1<br>Dundee, IL 60118-2447 |
| Mercedes-Benz Financial Services<br>HSBC-Truck, P<br>PO Box 5620<br>Carol Stream, IL 60197-5620 | NTS Trailer<br>13333 Main Street<br>Lemont, IL 60439-9374 | PNC Equipment Finance, LLC<br>c/o Askounis & Darcy, P.C.<br>444 N. Michigan AVe., Suite 3270<br>Chicago, IL 60611-3906 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Sam's Club Discover/GECRB<br>PO Box 960013<br>Orlando, FL 32896-0013 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 |
| Volvo Financial Services<br>7025 Albert Pick Road, Suite 105<br>PO Box 26131<br>Greensboro, NC 27402-6131 | Gina B Krol<br>Cohen & Krol<br>105 West Madison St Ste 1100<br>Chicago, IL 60602-4600 | Jason H Rock<br>Barrick Switzer Law Office<br>6833 Stalter Drive<br>First Floor<br>Rockford, IL 61108-2579 |

Jose Francisco Rodriguez
1173 Edington Court
Carol Stream, IL 60188-4318

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bank of America
PO Box 982234
El Paso, TX 79998-2234

Portfolio Recovery Associates, LLC
Successor to SYNCHRONY BANK
(SAMS CLUB MASTERCARD)
POB 41067
Norfolk, VA 23541

U.S. Bank National Association
Bankruptcy Department
PO Box 108
St. Louis MO 63166-0108

(d)US Bank
PO Box 6352
Fargo, ND 58125-6352

(d)US Bank
PO Box 6353
Fargo, ND 58125-6353

End of Label Matrix
Mailable recipients    31
Bypassed recipients     0
Total                  31

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In Re: §
        §
RODRIGUEZ, JOSE FRANCISCO § Case No. 17-29464 JSB
        §
        §
    Debtor §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
        JEFFREY P. ALLSTEADT
        219 S. Dearborn Street
        Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 15 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 11:00 AM on 08/17/2018 in Courtroom 240,
        Kane County Courthouse
        100 S. Third Street
        Geneva, IL
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 07/19/2018         By: Gina B. Krol
                                        Trustee


*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In Re: §
§
RODRIGUEZ, JOSE FRANCISCO § Case No. 17-29464 JSB
§
Debtor §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 47,000.00 |
| and approved disbursements of | $ | 81.11 |
| leaving a balance on hand of[1] | $ | 46,918.89 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: GINA B. KROL | $ 5,450.00 | $ 0.00 | $ 5,450.00 |
| Trustee Expenses: GINA B. KROL | $ 36.42 | $ 0.00 | $ 36.42 |
| Attorney for Trustee Fees: Cohen & Krol | $ 3,276.00 | $ 0.00 | $ 3,276.00 |
| Other: Cohen & Krol | $ 20.82 | $ 0.00 | $ 20.82 |
| Total to be paid for chapter 7 administrative expenses | | | $ 8,783.24 |
| Remaining Balance | | | $ 38,135.65 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 190,262.84 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 20.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | $ 1,778.10 | $ 0.00 | $ 356.40 |
| 000003 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | $ 5,428.63 | $ 0.00 | $ 1,088.10 |
| 000004 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | $ 3,253.68 | $ 0.00 | $ 652.15 |
| 000005 | PNC Equipment Finance, LLC<br>c/o Askounis & Darcy, P.C.<br>444 N. Michigan AVe., Suite 3270<br>Chicago, IL 60601 | $ 113,859.07 | $ 0.00 | $ 22,821.53 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | $ 9,085.48 | $ 0.00 | $ 1,821.06 |
| 000007 | American Express Bank, FSB<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | $ 2,144.96 | $ 0.00 | $ 429.93 |
| 000008 | BMO Harris Bank N.A.<br>PO Box 3040<br>Cedar Rapids, IA 52406 | $ 23,201.50 | $ 0.00 | $ 4,650.43 |
| 000009 | U.S. Bank National Association<br>Bankruptcy Department<br>PO Box 108<br>St. Louis MO 63166-0108 | $ 5,346.13 | $ 0.00 | $ 1,071.56 |
| 000010 | Bank of America, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2238 | $ 20,001.21 | $ 0.00 | $ 4,008.98 |
| 000011 | Portfolio Recovery Associates, LLC Successor to SYNCHRONY BANK (SAMS CLUB MASTERCARD)<br>POB 41067<br>Norfolk, VA 23541 | $ 6,164.08 | $ 0.00 | $ 1,235.51 |
| | Total to be paid to timely general unsecured creditors | | | $ 38,135.65 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/GINA B. KROL
                                                    Trustee

GINA B. KROL
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.