# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In Re: § § | |
| RODRIGUEZ, JOSE FRANCISCO § § | Case No. 17-29464 JSB |
| Debtor § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 13,933.60 *(Without deducting any secured claims)* | Assets Exempt: 288,900.00 |
| Total Distributions to Claimants: 38,135.65 | Claims Discharged Without Payment: 532,721.78 |
| Total Expenses of Administration: 8,864.35 | |

3) Total gross receipts of $ 47,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 47,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 8,301.98 | $ 8,301.98 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 8,864.35 | 8,864.35 | 8,864.35 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 380,594.59 | 190,262.84 | 190,262.84 | 38,135.65 |
| **TOTAL DISBURSEMENTS** | $ 380,594.59 | $ 207,429.17 | $ 207,429.17 | $ 47,000.00 |

4) This case was originally filed under chapter 7 on 10/02/2017 . The case was pending for 18 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  04/04/2019          By:/s/GINA B. KROL
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010) *(Page: 2)*

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1407 El Paso St., San Antonio, TX | 1110-000 | 20,000.00 |
| 91 East Trail | 1110-000 | 27,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$47,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | BLUEGREEN CORPORATION | 4120-000 | NA | 8,301.98 | 8,301.98 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ 8,301.98** | **$ 8,301.98** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:GINA B. KROL | 2100-000 | NA | 5,450.00 | 5,450.00 | 5,450.00 |
| TRUSTEE EXPENSES:GINA B. KROL | 2200-000 | NA | 36.42 | 36.42 | 36.42 |
| ASSOCIATED BANK | 2600-000 | NA | 81.11 | 81.11 | 81.11 |
| ATTORNEY FOR TRUSTEE FEES (TRUSTEE FIRM):COHEN & KROL | 3110-000 | NA | 2,184.00 | 2,184.00 | 2,184.00 |
| ATTORNEY FOR TRUSTEE FEES (TRUSTEE FIRM):GINA B. KROL | 3110-000 | NA | 1,092.00 | 1,092.00 | 1,092.00 |
| ATTORNEY FOR TRUSTEE EXPENSES (TRUSTEE FIRM):COHEN & KROL | 3120-000 | NA | 20.82 | 20.82 | 20.82 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 8,864.35 | $ 8,864.35 | $ 8,864.35 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express PO Box 981535 El Paso, TX 79998-1535 | | 9,291.48 | NA | NA | 0.00 |
| | American Express PO Box 981535 El Paso, TX 79998-1535 | | 2,392.98 | NA | NA | 0.00 |
| | BMO Harris Bank, N.A. PO Box 3083 Cedar Rapids, IA 52406-3083 | | 31,657.38 | NA | NA | 0.00 |
| | Bank of America PO Box 982234 El Paso, TX 79998-2234 | | 20,280.04 | NA | NA | 0.00 |
| | Capital One P.O. Box 30285 Salt Lake City, UT 84130-0285 | | 5,402.67 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One P.O. Box 30285 Salt Lake City, UT 84130-0285 | | 3,243.36 | NA | NA | 0.00 |
| | Chase PO Box 15298 Wilmington, DE 19850-5298 | | 3,796.22 | NA | NA | 0.00 |
| | Chase PO Box 15298 Wilmington, DE 19850-5298 | | 10,173.02 | NA | NA | 0.00 |
| | Chase PO Box 15298 Wilmington, DE 19850-5298 | | 309.80 | NA | NA | 0.00 |
| | Citibank PO Box 6500 Sioux Falls, SD 57117 | | 5,893.11 | NA | NA | 0.00 |
| | Daimler Truck Financial 13650 Heritage Parkway Ft. Worth, TX 76117 | | 67,908.94 | NA | NA | 0.00 |
| | Discover Card PO Boc 30421 Salt Lake City, UT 84130-0421 | | 1,762.71 | NA | NA | 0.00 |
| | Five Star Garage 566 Rock Road Drive #1 Dundee, IL 60118 | | 5,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NTS Trailer 13333 Main Street Lemont, IL 60439 | | 508.50 | NA | NA | 0.00 |
| | PNC Equipment Finance, LLC c/o Askounis & Darcy, P.C. 444 N. Michigan AVe., Suite 3270 Chicago, IL 60601 | | 111,012.29 | NA | NA | 0.00 |
| | Sam's Club Discover/GECRB PO Box 960013 Orlando, FL 32896-0013 | | 5,903.51 | NA | NA | 0.00 |
| | US Bank PO Box 6352 Fargo, ND 58125-6352 | | 497.00 | NA | NA | 0.00 |
| | US Bank PO Box 6352 Fargo, ND 58125-6352 | | 5,382.04 | NA | NA | 0.00 |
| | US Bank PO Box 6353 Fargo, ND 58125-6353 | | 179.54 | NA | NA | 0.00 |
| | Volvo Financial Services 7025 Albert Pick Road, Suite 105 PO Box 26131 Greensboro, NC 27409 | | 90,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005 | PNC EQUIPMENT FINANCE, LLC | 7100-000 | NA | 113,859.07 | 113,859.07 | 22,821.53 |
| 000007 | AMERICAN EXPRESS BANK, FSB | 7100-900 | NA | 2,144.96 | 2,144.96 | 429.93 |
| 000006 | AMERICAN EXPRESS CENTURION BANK | 7100-900 | NA | 9,085.48 | 9,085.48 | 1,821.06 |
| 000010 | BANK OF AMERICA, N.A. | 7100-900 | NA | 20,001.21 | 20,001.21 | 4,008.98 |
| 000008 | BMO HARRIS BANK N.A. | 7100-900 | NA | 23,201.50 | 23,201.50 | 4,650.43 |
| 000003 | CAPITAL ONE BANK (USA), N.A. | 7100-900 | NA | 5,428.63 | 5,428.63 | 1,088.10 |
| 000002 | DISCOVER BANK | 7100-900 | NA | 1,778.10 | 1,778.10 | 356.40 |
| 000011 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-900 | NA | 6,164.08 | 6,164.08 | 1,235.51 |
| 000009 | U.S. BANK NATIONAL ASSOCIATION | 7100-900 | NA | 5,346.13 | 5,346.13 | 1,071.56 |
| 000004 | CAPITAL ONE BANK (USA), N.A. | 7100-901 | NA | 3,253.68 | 3,253.68 | 652.15 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 380,594.59 | $ 190,262.84 | $ 190,262.84 | $ 38,135.65 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No.: | 17-29464 | JSB | Judge: JANET S. BAER | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- | --- |
| Case Name: | RODRIGUEZ, JOSE FRANCISCO | | | Date Filed (f) or Converted (c): | 10/02/17 (f) |
| | | | | 341(a) Meeting Date: | 10/31/17 |
| For Period Ending: | 04/04/19 | | | Claims Bar Date: | 03/08/18 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1407 El Paso St., San Antonio, TX | 35,000.00 | 35,000.00 | | 20,000.00 | FA |
| 2. 91 East Trail | 40,000.00 | 40,000.00 | | 27,000.00 | FA |
| 3. 2011 Ford Ranger (Fair condition) mileage: 71,000 | 10,000.00 | 0.00 | | 0.00 | FA |
| 4. Table, chair and desk set; 2 bedroom sets; 3 dress | 1,500.00 | 0.00 | | 0.00 | FA |
| 5. 3 TVs; 2 DVD players; personal computer; laptop; i | 800.00 | 0.00 | | 0.00 | FA |
| 6. Treadmill | 400.00 | 0.00 | | 0.00 | FA |
| 7. Elliptical machine | 600.00 | 0.00 | | 0.00 | FA |
| 8. Free weights and home gym equipment | 150.00 | 0.00 | | 0.00 | FA |
| 9. Everyday clothes | 1,000.00 | 0.00 | | 0.00 | FA |
| 10. Wedding ring | 300.00 | 0.00 | | 0.00 | FA |
| 11. Twitter shares | 329.60 | 0.00 | | 0.00 | FA |
| 12. Cisco Services, Inc. | 1.00 | 0.00 | | 0.00 | FA |
| 13. Edward Jones | 80,000.00 | 0.00 | | 0.00 | FA |
| 14. Edward Jones, rollover | 200,000.00 | 0.00 | | 0.00 | FA |
| 15. Triad Trucking, LLC (monies loaned and advanced) | 1.00 | 0.00 | | 0.00 | FA |
| 16. Leader Services, Inc. (monies loaned $100,000.00) | 1.00 | 0.00 | | 0.00 | FA |
| 17. Lincoln Financial term policy, Beneficiary: Neice | 1.00 | 0.00 | | 0.00 | FA |
| 18. Past due rent owed for 1407 El Paso Street propert | 1,750.00 | 0.00 | | 0.00 | FA |
| 19. 3 2003 Volvo day cabs (all inoperable, subject to | 6,000.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $377,833.60          $75,000.00          $47,000.00          $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

LFORM1

UST Form 101-7-TDR (10/1/2010) (Page: 9)

Ver: 22.01

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 17-29464   JSB   Judge: JANET S. BAER | Trustee Name: | GINA B. KROL |
| Case Name: | RODRIGUEZ, JOSE FRANCISCO | Date Filed (f) or Converted (c): | 10/02/17 (f) |
| | | 341(a) Meeting Date: | 10/31/17 |
| | | Claims Bar Date: | 03/08/18 |

Trustee is waiting for checks to clear.  Will file TDR

October 19, 2018, 02:01 pm

Initial Projected Date of Final Report (TFR): 06/30/19     Current Projected Date of Final Report (TFR): 06/30/19


        /s/    GINA B. KROL
_____ Date: 04/04/19
        GINA B. KROL

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 17-29464 -JSB |
| Case Name: | RODRIGUEZ, JOSE FRANCISCO |
| Taxpayer ID No: | *******7538 |
| For Period Ending: | 04/04/19 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******8176  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/26/18 | 1, 2 | Jose Francisco Rodriguez<br>1173 Edinton Ct<br>Carol Stream, IL 60188 | Sale of R/E | 1110-000 | 47,000.00 | | 47,000.00 |
| 05/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.27 | 46,988.73 |
| 06/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 69.84 | 46,918.89 |
| 08/17/18 | 030001 | Cohen & Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Final Distribution<br>Attorney's Fees | 3110-000 | | 2,184.00 | 44,734.89 |
| 08/17/18 | 030002 | Cohen & Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Final Distribution<br>Attorney's Expenses | 3120-000 | | 20.82 | 44,714.07 |
| 08/17/18 | 030003 | Gina B. Krol<br>105 W. Madison St.<br>Suite 1100<br>Chicago, IL 60602 | Final Distribution<br>Expenses | 2200-000 | | 36.42 | 44,677.65 |
| 08/17/18 | 030004 | Gina B. Krol<br>105 W. Madison St.<br>Suite 1100<br>Chicago, IL 60602 | Final Distribution<br>Trustee Fees | 2100-000 | | 5,450.00 | 39,227.65 |
| 08/17/18 | 030005 | Gina B. Krol<br>105 W. Madison St.<br>Suite 1100<br>Chicago, IL 60602 | Final Distribution<br>Attorney's Fees | 3110-000 | | 1,092.00 | 38,135.65 |
| 08/17/18 | 030006 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Final Distribution | 7100-900 | | 356.40 | 37,779.25 |
| | | | Page Subtotals | | 47,000.00 | 9,220.75 | |

Ver: 22.01

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

FORM 2     Page: 2     Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 17-29464 -JSB | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | RODRIGUEZ, JOSE FRANCISCO | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******8176 Checking Account |
| Taxpayer ID No: | *******7538 | | |
| For Period Ending: | 04/04/19 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/17/18 | 030007 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Final Distribution | 7100-900 | | 1,088.10 | 36,691.15 |
| * 08/17/18 | 030008 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Final Distribution | 7100-903 | | 652.15 | 36,039.00 |
| 08/17/18 | 030009 | PNC Equipment Finance, LLC<br>c/o Askounis & Darcy, P.C.<br>444 N. Michigan AVe., Suite 3270<br>Chicago, IL 60601 | Final Distribution | 7100-000 | | 22,821.53 | 13,217.47 |
| 08/17/18 | 030010 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Final Distribution | 7100-900 | | 1,821.06 | 11,396.41 |
| 08/17/18 | 030011 | American Express Bank, FSB<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Final Distribution | 7100-900 | | 429.93 | 10,966.48 |
| 08/17/18 | 030012 | BMO Harris Bank N.A.<br>PO Box 3040<br>Cedar Rapids, IA 52406 | Final Distribution<br>(8-1) Account Number (last 4 digits):0249 | 7100-900 | | 4,650.43 | 6,316.05 |
| 08/17/18 | 030013 | U.S. Bank National Association<br>Bankruptcy Department<br>PO Box 108<br>St. Louis MO 63166-0108 | Final Distribution | 7100-900 | | 1,071.56 | 5,244.49 |
| 08/17/18 | 030014 | Bank of America, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2238 | Final Distribution | 7100-900 | | 4,008.98 | 1,235.51 |
| 08/17/18 | 030015 | Portfolio Recovery Associates, LLC<br>Successor to SYNCHRONY BANK | Final Distribution | 7100-900 | | 1,235.51 | 0.00 |

Page Subtotals     0.00     37,779.25

Ver: 22.01

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 17-29464 -JSB | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | RODRIGUEZ, JOSE FRANCISCO | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******8176  Checking Account |
| Taxpayer ID No: | *******7538 | | | |
| For Period Ending: | 04/04/19 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 03/19/19 | 030008 | (SAMS CLUB MASTERCARD) POB 41067 Norfolk, VA 23541 Capital One Bank (USA), N.A. PO Box 71083 Charlotte, NC 28272-1083 | Final Distribution | 7100-903 | | -652.15 | 652.15 |
| 03/19/19 | 030016 | CLERK OF US BANKRUPTCY COURT 219 S. Dearborn Street 7th Floor Chicago, IL 60604 | Final Distribution | 7100-901 | | 652.15 | 0.00 |

|  |  | | |
|---|---|---|---|
| COLUMN TOTALS | | 47,000.00 | 47,000.00 | 0.00 |
| Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| Subtotal | | 47,000.00 | 47,000.00 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 47,000.00 | 47,000.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********8176 | 47,000.00 | 47,000.00 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 47,000.00 | 47,000.00 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals       0.00       0.00

Ver: 22.01

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 13)*